UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HENRY WILLS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSHUA MCKINLEY, *et al.*,<br><br>　　　　　Defendants. | Case No. 25-10888<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER DENYING WITHOUT PREJUDICE, AS PREMATURE, DEFENDANT GIBSON'S MOTION TO COMPEL (ECF NO. 22)

Pro se Plaintiff Henry Wills brings this prisoner civil rights case under 42 U.S.C. § 1983, suing Defendants Joshua McKinley, Spencer Gibson, and James Bryant. ECF No. 9, PageID.38. The Honorable Linda V. Parker referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 10. The Court has not issued a scheduling order because McKinley and Bryant have not yet been served. *See* ECF No. 19, PageID.63.

Spencer moves to compel discovery from Wills. ECF No. 22. But as this Court noted in denying Wills' request for discovery, the motion is premature because no scheduling order has been issued. ECF No. 19,

PageID.64.  Thus, the Court **DENIES WITHOUT PREJUDICE** Spencer's motion to compel (ECF No. 24).

**IT IS SO ORDERED.**

Dated: October 29, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 29, 2025.

                                              s/Davon Allen
                                              DAVON ALLEN
                                              Case Manager