UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY WILLS

      Plaintiff,                    Case No. 25-CV-10888
                                        Honorable Linda V. Parker
v.                              Magistrate Judge Elizabeth A. Stafford

JOSHUA MCKINLEY, et al.,

      Defendants.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S REPORT AND RECOMMENDATION (ECF NO. 21) DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF NO. 20)**

On March 31, 2025, Plaintiff Henry Wills commenced this lawsuit against Joshua McKinley, Spencer Gibson, James Bryant, and other officers.  (ECF No. 1; ECF No. 9.)  Defendant Spencer Gibson filed an answer to the complaint on July 15, 2025.  (ECF No. 15.)  On August 21, 2025, Plaintiff filed a motion for default judgment as to Defendants Joshua McKinley and James Bryant for failing to respond to the complaint and for failing to file an appearance through defense counsel.  (ECF No. 20, PageID.70.)  The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1), including a hearing and determination of all non-dispositive matters

and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.)

On September 24, 2025, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court deny Plaintiff's motion. (ECF No. 21.)  Judge Stafford determined that default judgment was not warranted, because under 42 U.S.C § 1997e(g), "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other facility under section 1983" and "[n]o relief shall be granted to the plaintiff unless a reply has been filed."  At the end of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (ECF No. 21, PageID.76.)  She further and specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal."  (*Id*. at 76-77.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for default judgment (ECF No. 20)

2

is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 27, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 27, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager
