UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY WILLS,

               Plaintiff,

v.

JOSHUA MCKINLEY, *et al.*,

               Defendants.

Case No. 25-10888
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY
FROM DEFENDANT MCKINLEY
(ECF NO. 39)**

Plaintiff Henry Wills, a prisoner proceeding pro se and in forma pauperis, sues Defendants Joshua McKinley, Spencer Gibson, and James Bryant under 42 U.S.C. § 1983.  ECF No. 9.  The Honorable Linda V. Parker referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 10.  Wills moves to compel McKinley to answer his interrogatories that were served on McKinley in March 2026 (attached as Exhibit A to his motion).  ECF No. 39.  Wills asks the Court to issue an order requiring McKinley to answer his interrogatories within 14 days of a hearing on his motion.  *Id.*, PageID.250.

1

McKinley's counsel responds that McKinley is no longer employed by the City of Flint and that he was only recently able to reach him.  ECF No. 40, PageID.261.  He states that he has prepared answers to the interrogatories, and they will be served once McKinley has reviewed and signed them.  *Id*.  McKinley suggests that an order compelling him to answer the interrogatories within seven days is appropriate.  *Id.,* PageID.40.

Thus, the Court **GRANTS** Wills's motion and **ORDERS** McKinley to serve signed answers to the interrogatories by June 12, 2026.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 4, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling**

2

**remains in full force and effect unless and until it is stayed by the**

**magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 4, 2026.

<u>s/Caitlin Shrum</u>
CAITLIN SHRUM
Case Manager