UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HENRY WILLS,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MCKINLEY, *et al.*,<br><br>Defendants. | Case No. 25-10888<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF LEAVE TO FILE PHYSICAL MEDIA EXHIBITS (ECF NO. 65)**

Plaintiff Henry Wills, proceeding pro se, seeks leave to file a USB drive containing media exhibits to support his motion for summary judgment. ECF No. 65. The Court **GRANTS** the motion and orders him to meet the below requirements when filing physical media:

1. Wills must indicate a timestamp citation for each instance where the exhibit is referenced in the paper under R6.

2. All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3. Because of storage limitations, Wills is directed to limit the size of the media file to the minimum necessary to support his position and to

not file any media files duplicative of those already filed. Instead, Wills is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4. The Court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications, or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5. Wills shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 3, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **“When an objection is filed to a magistrate judge’s ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 3, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager